CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Kenneth J. Sperandio, Jr. (State Bar No.148288)
SPERANDIO LAW OFFICES
665 Chestnut Street, 3rd Floor
San Francisco, CA 94133
Phone: (415) 566-1186
Email: ksperandio@sperandiolaw.com
Attorney for Defendant
KHC Investment Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>  v.<br><br>KHC INVESTMENT COMPANY, a California General Partnership;<br><br>   Defendants. | Case: 3:21-cv-05083-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 25, 2022    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: March 25, 2022    SPERANDIO LAW OFFICES

By: /s/ Kenneth J. Sperandio, Jr.
    Kenneth J. Sperandio, Jr.
    Attorney for Defendants
    KHC Investment Company

2

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kenneth J. Sperandio, Jr., counsel for KHC Investment Company, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 25, 2022         CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff